AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
11/30/2020
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

USA § 
§ CRIMINAL COMPLAINT
vs. § CASE NUMBER: PE:20-M -01253(1)
§
(1) Jeremia Caixba-Beltran §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 27, 2020** in **Culberson** county, in the **WESTERN DISTRICT OF TEXAS** defendant did attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), 202(4) and 557.

in violation of Title      **8**      United States Code, Section(s)    **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The Defendant, Jeremia  CAIXBA-Beltran, was arrested by Van Horn Border Patrol Agents, on November 27, 2020, for being an illegal alien present in*

**Continued on the attached sheet and made a part of hereof.**

Complaint sworn to telephonically on
November 30, 2020     and signed electronically.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

/s/  Chacon, Marlene
Signature of Complainant
Border Patrol Agent

November 30, 2020                                             at    Alpine, Texas
Date                                                                         City and State

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:20-M -01253(1)

WESTERN DISTRICT OF TEXAS

(1) Jeremia Caixba-Beltran

FACTS  (CONTINUED)

the United States.  Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 02/28/2006 through Hidalgo, TX.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
CAIXBA-BELTRAN, JEREMIA has been deported 2 time(s), the last one being to MEXICO on February 28, 2008, through HIDALGO, TX.

CRIMINAL HISTORY:
05/28/2003, Darke County, OH, Sexual Battery(F), CNV, Sentenced to 2 years in jail.
10/06/2005, Tucson, AZ, Title 8 USC 1326(F), CNV, Sentenced to 35 months in jail and 36 months supervised release.